UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:04CV12 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL R. BECK, | ) | |
| Defendant(s), | ) | |

ORDER TO ISSUE
WRIT OF EXECUTION

This matter comes before this Court on the Application For Writ of Execution (filing 12) of the Plaintiff, United States of America, for an order to issue the Writ of Execution against Michael R. Beck, the defendant, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Execution against Michael R. Beck, whose address is 1751 County Rd 27, Decatur, NE 68020-2125.

DATED this 29th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
RICHARD G. KOPF
U.S. DISTRICT JUDGE